IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

John Doe, et al.,

Plaintiff(s),

v.

Grosch, et al.,

Defendant(s).

Case No. 17 C 1214
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment on the federal claims is entered in favor of Defendants Jenny Grosch and Community Consolidated School District 15, and against Plaintiffs John Doe, Jane Doe, and Doe Child. The state law claims are remanded to state court.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 10/2/2017                               Thomas G. Bruton, Clerk of Court

                                              /s/ Jackie Deanes , Deputy Clerk